## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF MISSOURI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:21-cr-00272 |
| | ) |
| DAVID BARKLAGE, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF INTENT TO WAIVE PRETRIAL MOTIONS

COMES NOW Defendant, by and through Counsel, Dee Wampler, Joseph S. Passanise and Taylon M. Sumners, of the WAMPLER & PASSANISE LAW OFFICE, having been fully advised of his right to file pre-trial motions and to have an evidentiary hearing thereon hereby states that there are no issues that he wishes to raise by way of pre-trial motions in this case. Counsel has personally discussed this matter with the Defendant and the Defendant agrees and concurs in the decision not to raise any issues by way of pre-trial motions.

RESPECTFULLY SUBMITTED,

         /s/Joseph S. Passanise         
DEE WAMPLER, MO Bar #19046
JOSEPH S. PASSANISE, MO Bar #46119
TAYLON M. SUMNERS, MO Bar # 73114
Attorneys for Defendant

1

WAMPLER & PASSANISE
LAW OFFICE
Attorneys at Law
2974 E. Battlefield
Springfield, MO  65804
joe@deewampler.com
dee@deewampler.com
taylon@deewampler.com
PH: (417)882-9300
FAX: (417)882-9310

## Certificate of Service

     I hereby certify that on June 22, 2021, I electronically filed the foregoing with the U.S. District Court Clerk for the Eastern District of Missouri using the CM/ECF system which sent notification of such filing to U.S. Attorney, St. Louis, Missouri.

                                         _____/s/Joseph Passanise_____
                                         Dee Wampler
                                         Joseph S. Passanise
                                         Taylon Sumners
                                         Attorneys at Law