UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:21 CR 272 MTS |
| | ) |
| DAVID BARKLAGE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that this matter is scheduled for a change of plea hearing in Courtroom 14 South on **Tuesday, June 29, 2021 at 1:00 p.m.**

Dated this 22nd day of June, 2021

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE