# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF MISSOURI, | ) |
|         Plaintiff, | ) |
| vs. | ) Case No. 4:21-cr-00272 |
| DAVID BARKLAGE, | ) |
|         Defendant. | ) |

## MOTION FOR CONTINUANCE

COMES NOW Defendant by and through Counsel Dee Wampler, Joseph S. Passanise, and Taylon Sumners of the WAMPLER AND PASSANISE LAW OFFICE and moves the Court for a continuance of the Plea Hearing scheduled for June 29, 2021, at 1:00 p.m. in accordance with the Legal Suggestions attached hereto:

## LEGAL SUGGESTIONS

1. This cause is scheduled for Plea Hearing on June 29, 2021.
2. Counsel is requesting this case be moved to the week of July 26th, 2021 due to scheduling conflicts and multiple trials scheduled.
3. Counsel has spoken with AUSA Hal Goldsmith who will not object to having this matter reset.

WHEREFORE, Counsel prays for an order herein that the Plea Hearing be reset to the week of July 26th, 2021, and for such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED,

_____/s/Joseph S. Passanise_____
DEE WAMPLER, MO Bar #19046
JOSEPH S. PASSANISE, MO Bar #46119
TAYLON M. SUMNERS, MO Bar # 73114
Attorneys for Defendant

WAMPLER & PASSANISE
LAW OFFICE
Attorneys at Law
2974 E. Battlefield
Springfield, MO 65804
joe@deewampler.com
dee@deewampler.com
taylon@deewampler.com
PH: (417)882-9300
FAX: (417)882-9310

### Certificate of Service

I hereby certify that on June 24, 2021, I electronically filed the foregoing with the U.S. District Court Clerk for the Eastern District of Missouri using the CM/ECF system which sent notification of such filing to U.S. Attorney, St. Louis, Missouri.

_____/s/Joseph Passanise_____
Dee Wampler
Joseph S. Passanise
Taylon Sumners
Attorneys at Law