UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:21 CR 272 MTS |
| ) | |
| DAVID BARKLAGE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that this matter, currently set for a change of plea hearing in Courtroom 14-South on <u>Wednesday, July 28, 2021 at 10:00 a.m.</u>, is reset for a change of plea hearing in Courtroom 14-South on **Monday, July 26, 2021 at 10:00 a.m.**

Dated this 7th day of July, 2021

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE