UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:21 CR 272 MTS |
| DAVID BARKLAGE, | ) |
| Defendant. | ) |

# ORDER

**IT IS HEREBY ORDERED** that Defendant's motion for continuance, Doc. [27], is **GRANTED**. This matter, currently set for a change of plea hearing in Courtroom 14-South on Wednesday, July 26, 2021 at 10:00 a.m., is **RESET for a change of plea hearing in Courtroom 14-South on Wednesday, August 25, 2021** at 1:00 p.m.

**IT IS FURTHER ORDERED** that the Court finds the ends of justice served by the delay in the hearing outweigh the best interests of the public and the Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(iv); and (h)(1)(G), therefore any time elapsed is excludable time under the Speedy Trial Act.

Dated this 22nd day of July, 2021

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE