## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF MISSOURI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 4:21-cr-00272 |
| | ) |
| DAVID BARKLAGE, | ) |
| | ) |
| Defendant. | ) |

## **MOTION TO WITHDRAW SEALED DOCUMENT**

COMES NOW Defendant by and through Counsel Joseph S. Passanise and Taylon Sumners of the WAMPLER AND PASSANISE LAW OFFICE and moves the Court for to withdraw the Sealed Document filed on November 24, 2021 as this document was refiled not under seal on November 29, 2021.

WHEREFORE, Counsel prays for an order herein that the Motion to Withdraw Sealed Document be granted and for such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED,

_____/s/Joseph S. Passanise_____
JOSEPH S. PASSANISE, MO Bar #46119
TAYLON M. SUMNERS, MO Bar # 73114
Attorneys for Defendant

WAMPLER & PASSANISE
LAW OFFICE
Attorneys at Law
2974 E. Battlefield
Springfield, MO  65804
joe@deewampler.com
dee@deewampler.com
taylon@deewampler.com
PH: (417)882-9300
FAX: (417)882-9310

### Certificate of Service

     I hereby certify that on November 29, 2021, I electronically filed the foregoing with the U.S. District Court Clerk for the Eastern District of Missouri using the CM/ECF system which sent notification of such filing to U.S. Attorney, St. Louis, Missouri.

                                                                                        /s/Joseph Passanise
                                                                                       Joseph S. Passanise
                                                                                       Taylon Sumners
                                                                                       Attorneys at Law